IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DAVID MORALES CRUZ

DEBTOR(S)

CASE NO. 18-01931-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 05/15/2018. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: June 07, 2018    PLAN BASE: $12,600.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 6/28/2018

[ ] FAVORABLE        [X] UNFAVORABLE

1. [X] DOMESTIC SUPPORT OBLIGATION:

• Post-petition payments § 1325(a)(8): Debtor to provide evidence of being current with DSO post-petition payments with Mrs. Jackeline Gonzalez in the amount of $37 (weekly), from May 15,22,29 and from June 5,12,19, and 26.

2. [X] FAILS SECTION 1325(a)(9):

• IRS Tax Returns: IRS tax returns: Provide 2014 through 2015 federal tax returns.

[X] OTHER:

Provision to pay ASUME needs to be disclosed on part 4.4 as a priority and not on part 4.5 as discloses.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

USDC # 208910
ALEJANDRO OLIVERAS RIVERA
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DA